IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | CIVIL No. 11-00113 DAE-KSC |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RUPERT N. KAMA; DIANA L. KAMA; JOHN DOES 1-50; AND JANE DOES 1-50, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 29, 20111, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO REMAND ACTION REMOVED FROM THE DISTRICT COURT OF THE THIRD CIRCUIT

NORTH AND SOUTH KONA DIVISION, STATE OF HAWAII," document no. 20, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 18, 2011.



_____
David Alan Ezra
United States District Judge

Federal National Mortgage Association vs. Rupert N. Kama, et al., Civil No. 11-00113 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDE'S FINDINGS AND RECOMMENDATION